PROB 12C Addendum
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Addendum to the Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Darion Daquan Gardner                                    **Case Number:** 3:15-cr-00018

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** November 19, 2015

**Original Offense:** 18 U.S.C. §§ 922(g)(2), 924(a)(2) - Fugitive in Possession of a Firearm.

**Original Sentence:** 30 months imprisonment; 36 months supervised release

**Date Current Supervision Commenced:** January 13, 2017

**Prior Modification(s)/Revocation(s):** None

---

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Arrest - Dominion/Control of Firearm/Offensive Weapon by Felon; Eluding- Injury, OWI, Drugs, or Participating in Felony; Interference with Official Acts-Firearm; Criminal Mischief 4th Degree | On March 30, 2017, law enforcement officials (LEO) attempted to initiate a traffic stop in a vehicle the offender was driving. The offender rammed his vehicle into the LEO vehicle in an attempt to push it out of the way. The offender subsequently led LEO through a high speed pursuit at speeds up to 90 miles per hour. LEO deployed spike strips and the offender lost control of the vehicle. The offender exited the vehicle while it was still moving and fled the scene on foot. LEO was unable to apprehend the offender. LEO later observed a firearm in plain view of the vehicle. As a result, the offender was charged with Dominion/Control of Firearm/Offensive Weapon by Felon; Eluding- Injury, OWI, Drugs, or Participating in Felony; Interference with Official Acts-Firearm; Criminal Mischief 4th Degree (Dkt. No.: FECR383924). On May 18, 2017, the above-noted charges were dismissed and the offender is being charged federally in the Southern District of Iowa under Case No.: 3:17-cr-00037. |

U.S. v. Darion Daquan Gardner (3:15-cr-00018)          Petition for Warrant or Summons - February 9, 2018

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 9, 2018

by:   *K. Ruyle*
Kimberly C. Ruyle
U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

*Melisa Zachringer*
Assistant United States Attorney

*[signature]*
Signature

A WARRANT FOR THE OFFENDER'S ARREST WAS PREVIOUSLY REQUESTED; THUS, NO ADDITIONAL ORDER IS REQUESTED.

PLEASE FILE FOR USE IN THE OFFENDER'S REVOCATION HEARING.